EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Ángel L. Quintana Pabón<br>(TS-9,247) | 2023 TSPR 112<br><br>212 DPR ___ |
|---|---|

Número del Caso:  AB-2021-0084


Fecha:  14 de septiembre de 2023


Abogados del promovido:

    Lcda. Margarita Mercado Echegaray
    Lcdo. Guillermo Figueroa Prieto


Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila De Jesús
    Director


Materia:  Conducta Profesional – Suspensión inmediata del ejercicio de la notaría por el término de tres (3) meses.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ángel L. Quintana Pabón          AB-2021-0084

(TS-9,247)

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de septiembre de 2023.

Evaluada la *Moción en Cumplimiento de Orden* presentada por la Oficina de Inspección de Notarías (ODIN) y el *Escrito en Cumplimiento de Orden de Mostrar Causa y Reacción a Moción en Cumplimiento de Orden* presentada por el Lcdo. Ángel L. Quintana Pabón, se ordena la suspensión inmediata del licenciado Quintana Pabón del ejercicio de la notaría por un término de tres (3) meses.

Se le apercibe que en el futuro debe dar fiel cumplimiento a los cánones del Código de Ética Profesional, y velar que sus expresiones se ajusten a estos. Así, el Canon 9 le impone a todo abogado y abogada el deber de observar en todo momento una conducta caracterizada por el mayor respeto ante los jueces, las juezas y otros funcionarios del tribunal, incluyendo la Oficina de Inspección de Notarías. Su incumplimiento con esta obligación podrá dar lugar a medidas disciplinarias.

El Alguacil de este Tribunal procederá a incautarse de la obra y sello notarial del notario suspendido, debiendo entregar los mismos al Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal. En virtud de su

suspensión inmediata del ejercicio de la notaría, la fianza que garantiza las funciones notariales, de haberla prestado, queda automáticamente cancelada. Esta se considerará buena y válida por tres años después de su terminación, en cuanto a los actos realizados durante el periodo en que estuvo vigente.

Asimismo, le ordenamos notificar a todas las personas que habían procurado de su práctica notarial su inhabilidad para atender los trabajos notariales que tenía pendiente con ellas y devolverles tanto sus expedientes como los honorarios notariales recibidos por trabajos no rendidos. Además, deberá acreditar y certificar ante este Tribunal el cumplimiento con lo anterior dentro del término de treinta (30) días, a partir de la notificación de esta Resolución. No hacerlo pudiera conllevar que no se le reinstale al ejercicio de la profesión de la notaría al solicitarlo en el futuro.

Publíquese y notifíquese personalmente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y los Jueces Asociados señor Estrella Martínez y señor Colón Pérez no intervinieron.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo